W. N. FORD ET AL., APPELLANTS, v. GEORGE E. DAVIS, APPELLEE.

FILED DECEMBER 4, 1913. No. 18,144.

APPEAL from the district court for Sheridan county: WILLIAM H. WESTOVER, JUDGE. *Reversed with directions.*

*A. C. Plantz* and *M. F. Harrington,* for appellants.

*Allen G. Fisher, William P. Rooney* and *R. L. Wilhite,* contra.

REESE, C. J.

This is a companion case to that of *Ford v. Thompson, ante,* p. 658. It is submitted on a similar record and upon

the same briefs and argument. The decision is therefore the same as in that case. The judgment of the district court is reversed, with directions the same as in that case.

REVERSED.

LETTON, FAWCETT and HAMER, JJ., not sitting.